IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     :

v.     :     CRIMINAL NO. PX-17-526

JAMES LORENZO THOMAS     :

...oOo...

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Prince George's County Public Safety Communications Incident Details Print-out | OCT 22 2018 | OCT 22 2018 |
| 2 | Aerial Map of Arrest Location | OCT 22 2018 | OCT 22 2018 |
| 3 | Street View of Arrest Location | OCT 22 2018 | OCT 22 2018 |
| 4 | Incorrect Camry Search Warrant Package USA_002238-48 | OCT 22 2018 | OCT 22 2018 |
| 5 | Maxwell Dr. Search Warrant Package USA_002282-94 | OCT 22 2018 | OCT 22 2018 |
| 6 | Oxon Hill Search Warrant Package USA_002295-2300 | OCT 22 2018 | OCT 22 2018 |
| 7 | Correct Camry Search Warrant Package USA_002269-78 | OCT 22 2018 | OCT 22 2018 |
| 8 | Photo inside Vehicle | OCT 22 2018 | OCT 22 2018 |

1